

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-18-00228-CV |
| § | |
| IN THE INTEREST OF V.M., A CHILD.    § | Appeal from |
| § | |
| § | 65th District Court |
| § | of El Paso County, Texas |
| § | (TC # 2017DCM7083) |
| § | |

## <u>MEMORANDUM OPINION</u>

Appellant, O.M., has filed a motion to dismiss his appeal of the order terminating his parental rights to V.M., representing that he no longer wants to continue with the appeal. *See* TEX.R.APP.P. 42.1(a)(1). The trial court also terminated the parental rights of the child's mother, V.M., but she has not appealed. Although the case has been submitted, an opinion has not issued. Accordingly, we grant the motion and dismiss the appeal.


April 18, 2019                       ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.